IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY W. HILL, | : | |
| Petitioner, | : | Case No. 2:09-cv-392 |
| v. | : | Judge Holschuh |
| WARDEN, NORTH CENTRAL CORRECTIONAL INSTITUTION, | : | Magistrate Judge Kemp |
| | : | |
| Respondent. | : | |

## ORDER

On January 29, 2010, Magistrate Judge Kemp issued a Report and Recommendation, recommending that this action be dismissed. Although the parties were advised of their right to file objections to the Report and Recommendation and were advised of the consequences of failing to do so, no objections have been filed within the time allotted.

The Court therefore **ADOPTS** the Report and Recommendation (Doc. 14) and **DISMISSES** the above-captioned case.

**IT IS SO ORDERED.**


Date: February 17, 2010           **/s/ John D. Holschuh**
                                  John D. Holschuh, Judge
                                  United States District Court